UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-20263-CR-ALTONAGA

**UNITED STATES OF AMERICA**,

    Plaintiff,
v.

**JEREMIE CALO**,

    Defendant.
_____/

## ORDER

THIS CAUSE came before the Court on Magistrate Judge Lisette M. Reid's Report and Recommendation on Change of Plea, entered on September 6, 2024 [ECF No. 41]. To date, no party has filed an objection. Being fully advised, it is

**ORDERED AND ADJUDGED** that the Report **[ECF No. 41]** is **AFFIRMED AND ADOPTED**, and Defendant, Jeremie Calo's change of plea is accepted.

**DONE AND ORDERED** in Miami, Florida, this 16th day of September, 2024.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:    counsel of record
       Magistrate Judge Lissette M. Reid